2015689

Q 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California

**SEALED BY ORDER OF COURT**

UNITED STATES OF AMERICA,

v.

**Israel Espinoza**

2010 DEC 27 PM 2:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. S.J.

WARRANT FOR ARREST

Case Number: **CR-10-00895-01-DLJ**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Israel Espinoza**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment   ( ) Information   ( ) Complaint
( ) Order of Court   ( ) Violation Notice   ( ) Probation Violation Petition

charging him or her with: See Below

| | |
|---|---|
| Count 1: | 18 § 371: Conspiracy |
| Counts 2-8: | 18 § 922(g)(1): Felon in Possession of Firearm |
| Count 9: | 18 § 922 (k): Possession of Firearm With Obliterated Serial Number |
| Count 10: | 18 § 922 (o)(1) - Possession of Machinegun |
| Count 11: | 26 § 5861(d)- Possession of Unregistered Silencer |
| Count 12 | 18 § 922(a)(1)(A)- Dealing Firearm Without a License |

| | |
|---|---|
| **Cita F. Escolano** | **Deputy Clerk** |
| Name of Issuing Officer | Title of Issuing Officer |
| *Cita F. Escolano* (signature) | **December 9, 2010, San Jose, CA** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ **NO BAIL**      by      **Howard R. Lloyd**

Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date received | 12-9-10 | Name and Title of Arresting Officer | | Signature of Arresting Officer |
|---|---|---|---|---|
| Date of Arrest | 12-15-10 | J. Schmitz | S/A | |