BARRY J. PORTMAN
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ESPINOZA

FILED

JAN -3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ISRAEL ESPINOZA, ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR 10-00895-DLJ (HRL) <br><br> STIPULATION AND [PROPOSED] ORDER ADVANCING THE DETENTION HEARING DATE <br><br> **Hon. Howard. R. Lloyd** |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and jointly request that the detention hearing currently set in this matter for Friday, January 14, 2011, at 9:30 a.m., be advanced to Tuesday, January 4, 2011, at 1:30 p.m.

On December 15, 2010, Mr. Espinoza initially appeared in this matter and was detained pending a detention hearing that was begun on December 21, 2010, and subsequently continued to January 14, 2010, at the request of counsel for Mr. Espinoza.  Counsel for Mr. Espinoza requested a continuance to submit further information to the court with respect to Mr. Espinoza's risk of flight and whether he poses a danger to the community.  Mr. Espinoza was ordered detained pending further detention proceedings and remains in custody.

Defense counsel is prepared to proceed earlier than anticipated and, accordingly, the parties respectfully request that the Court advance the defendant's detention hearing date from January 14, 2011, at 9:30 a.m., to January 4, 2011, at 1:30 p.m. Pretrial Services has been consulted about this request and has no objection.

Dated: January 3, 2011

                                    /s/
                          NATHANAEL M. COUSINS
                          Assistant United States Attorney

Dated: January 3, 2011

                                    /s/
                          VARELL L. FULLER
                          Assistant Federal Public Defender

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the detention hearing set for Friday, January 14, 2011, is advanced to Tuesday, January 4, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated: 1/3/11

                          THE HON. HOWARD R. LLOYD
                          United States Magistrate Judge