1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant ESPINOZA

FILED

OCT - 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-10-00895 DLJ (HRL) |
|---|---|
| Plaintiff, | ) EX PARTE APPLICATION AND |
| vs. | ) [~~PROPOSED~~] ORDER DIRECTING |
|  | ) CLERK'S OFFICE TO RELEASE |
| ISRAEL ESPINOZA, | ) PASSPORTS; DECLARATION IN |
|  | ) SUPPORT THEREOF |
| Defendant. | ) |

**APPLICATION**

I, Varell L. Fuller, hereby declare as follows:

1. I am an Assistant Federal Public Defender for the Northern District of California, San Jose Division. My office has been appointed to represent defendant Israel Espinoza in the above-captioned case.

2. Mr. Espinoza surrendered his passports (one of which is expired) at the beginning of this case. His passports are being held by the Clerk's Office.

3. Mr. Espinoza was convicted of conspiring to deal in firearms without a license. He was sentenced to 57 months and is currently in prison serving his sentence. Because Mr.

Application and [Proposed] Order
No. CR 10-00895 DLJ (HRL)                    1

1 | Espinoza is now in custody serving his sentence, his bail has been exonerated.

2 |     4.   I am informed and believe that the Clerk's Office requires a court order before it will

3 | release Mr. Espinoza's passports.

4 |     5.   For the reasons set forth above, it is respectfully requested that the Clerk's Office be

5 | directed to release Mr. Espinoza's passports to a representative of the Office of the Federal

6 | Public Defender.

7 |     I declare under penalty of perjury that the foregoing is true and correct, except for those

8 | matters stated on information and belief, and as to those matters, I am informed and believe them

9 | to be true.

10 |     Executed this 3rd day of October, 2011, at San Jose, California.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon application of defendant Israel Espinoza, by and through counsel, IT IS HEREBY ORDERED that the Clerk's Office shall release Mr. Espinoza's passports to a representative of the Office of the Federal Public Defender.

IT IS SO ORDERED.

Date: 10/4/11

The Honorable Howard R. Lloyd
United States Magistrate Judge

Application and [Proposed] Order
No. CR 10-00895 DLJ (HRL)    2